IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE A. RAIM,<br><br>Defendant. | No. CR05-0086<br><br>ORDER FOR RELEASE PENDING HEARING |

On the 3rd day of February 2015. this matter came on for a detention hearing. The Government was represented by Assistant United States Attorney Matthew J. Cole. Defendant Julie A. Raim appeared personally and was represented by her attorney, Michael M. Lindeman. For the reasons stated by the Court on the record at the time of hearing, the Court finds Defendant should be released pending the hearing before Chief Judge Reade.

## ORDER

IT IS THEREFORE ORDERED that Defendant shall be released from custody pending the hearing before Chief Judge Reade on February 12, 2015. Defendant is subject to all of the terms and conditions previously imposed for her supervised release. If Defendant violates any of those conditions of release, she is subject to immediate arrest.

DATED this 3rd day of February, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA